**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

VOELLER CONSTRUCTION, INC.,

    Plaintiff,

v.                                                 Case No: 8:13-cv-3169-T-30MAP

SOUTHERN-OWNERS INSURANCE
COMPANY and AMERISURE
INSURANCE COMPANY,

    Defendants.

## ORDER

    THIS CAUSE comes before the Court upon the Plaintiff and Defendants Amerisure Insurance Company and Amerisure Mutual Insurance Company's Joint Motion to Stay Proceedings as it Relates to Amerisure (Dkt. #34). Plaintiff filed this action against Defendants Amerisure Insurance Company and Amerisure Mutual Insurance Company (collectively "Amerisure") and Southern-Owners Insurance Company seeking a declaratory judgment regarding the insurers' duty to defend and indemnify Plaintiff in an underlying construction liability case. Amerisure moved for summary judgment on Plaintiff's claims and its counterclaim regarding its duty to defend and indemnify. This Court entered an order denying summary judgment. The Court held that: (1) Amerisure had a duty to defend Plaintiff in the underlying action and (2) the indemnification issue was premature. Amerisure is currently providing a defense for Plaintiff in the underlying action. Therefore, it is appropriate to stay the issue of indemnification as to Amerisure until

resolution of the underlying action. *See Ortega Trujillo v. Conover & Co. Communications, Inc.*, 221 F.3d 1262, 1264 (11th Cir. 2000) (recognizing that the court may stay proceedings pending the resolution of a related case as a means of controlling its own docket). The case remains pending as to Plaintiff's claims against Southern-Owners Insurance Company.

It is therefore **ORDERED AND ADJUDGED** that:

1. Plaintiff and Defendants Amerisure Insurance Company and Amerisure Mutual Insurance Company's Joint Motion to Stay Proceedings as it Relates to Amerisure (Dkt. #34) is GRANTED.

2. This action is stayed as to Amerisure Insurance Company and Amerisure Mutual Insurance Company pending the resolution of the underlying action *The Bay Harbor-Clearwater Condominium Assoc., Inc. v. Voeller Construction, Inc. et al.*, Pinellas County Circuit Court Case No. 12-5258-CI-19.

3. Plaintiff and Defendants Amerisure Insurance Company and Amerisure Mutual Insurance Company shall file a notice with this Court within seven (7) days of the resolution of the underlying action.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of December, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-3169 stay 34.docx